U.S. DISTRICT COURT
NORTHERN DISTRICT
FILED
JAN - 6 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

PLRA, 4-23cv-014-P

Request for Court Assistance/Intercession
Habeas Corpus.
To The Federal Judges of Fort Worth Texas.

My name is Candra Clark and I am illegally being held at Carswell FMC. under malicious prosecution and unlawfully aquired charges by the AG office. To be honest this has been ongoing for 4 years has the state of MS. has illegally taken my son LAR 2016.

I have tried to get my current attorney to file for me on my behalf before the courts but he refuses to do so until after the evaluation. One that should have been performed by Friday Dec. 23, 2022 has I arrived here Nov 8th. I subsequently tried to fire my attorney and file motions but they have gone ignored by the judge.

I would like to attempt to file relief with the Chief Circuit Judge has to be frank my son is in the state of ~~Texas and~~ MS. and I need my son back. I am currently charged with 18 U.S.C. § 115, 875(c) through the Northern District of MS. Has I sent an email explaining my distane for a Judge Roy Percey who failed to investigate the illegal taking of my son LAR. 2022 my illegal incarceration in tippah county jail for 15 months before the state dropped the charges. By which I was denied compensation for the loss of my home, my disability, my car, my clothing... Aligations of rape + attempted sodomy of ex youth court judge Joe Gray. 3 hour confessed he was asked to step down has a judge, but I was later told he

was recorded telling a woman Michell "Shelly" Graves, not 100% on the last name but she is ex wife to my fane landlords husband, Shellys first husband, that if she found him a little boy to molest he would help her with ~~the cas~~ her youth court case.

The Termination of Parental Rights judge Robert Q. Whitwell looks like the man who would ask me if I wanted to sell my son to him. The man who convicted Misprison of a Felony by refusing to look at C.P.S. lies and manipulations. The sup peona with the wrong address for court. I did not make it to the right court and my rights were adjudicated illegally a violation of my due process. To which the US supreme court is hewing the case heard at the supreme court of appeals level, but they refuse to address the fact that my child was illegally taken to begin with.

I was even told that the old sheriff raped a woman then tried to have the baby killed by ordering a deputy to deal with the matter. Subsequently she said she was raped with a ice pick to kill the baby. These are all serious crimes and only some of the several crimes I was told about and subject to while in Tippah County Jail.

Latter once released I was still kept from my child illegally. I reported him kidnapped. Even called Ingles ship yard a contractor of the Department of Defense asking why they employed child kidnapers. They ~~to~~ DOD inquired with the judge who tried to cover her illegal taking of my son by seeking an order retroactive saying there was an order

of no contact between me and my son. That order was not in existance when reporting my child kidnaped but my pleas went unanswered. I was thrown in jail for busting out the windows of the youth court building who refused to do their job and help me get my son back. There actions treason.

These acts of treason have been illegally up held rather than addressed by the government. You all allowing my child to be kidnaped because you refuse to act! You have me illegally held in jail because you refuse to act returning my son. Hell my sons initial C.P.S. intake is not even valid has it had his wrong birthday. Therefore the shelter hearing... all illegally done.

Nonetheless, I argue that my charge is invalid unless the judge and the actions of US are investigated for I have my rights through Cohen vs. Cal. through my religious beliefs Deu 24:7 and Col 4:6. They there are the legal aspects.

II

18 U.S.C. §115 if no action comes from my statement then I should only be charged a fine. Still I have been illegally locked up here in Texas for almost 60 days. My property destroyed upon my entry to this facility and in a state I don't want to be has I was denied royalties to my dads design of the semi submersable oil rigs built by Exmar offshore of Houston Texas to which they sold 1 in 2012 for 300 million to Exxon Mobile.

My dad sexually assaulted me in 2008 I

want no part of money that pays me like some sick shit for the abuse nor raise my son on it. I'd rather give the money to enimies of this country has you sickly inoculate society with gay, lesbian, transgender. You do nothing to stop child kidnappers, human trafficers, you cateer to those insane people who piss and shit themselves in Caswell, and you keep in office people who don't do their jobs or distort the laws.

All violations of the Geaiva Convintion Crimes against Humanity laws and against good morals and deceincy. Not to mention crimes against the constitution has to be transgender... is Slanderous unprotected speech. So I digress

## II

The Wiretap Act states all wire transactions are not subject to interception, not in content. Therefore the transmition that was sent though either fiber optic cable or through satalite through my cell phone service are defined has either wire or aural transmitions. By which both the reciever and sender being in the same state there is no option for there to be a charge of 18 U.S.C. §875cc. Even if there where such allowal of interception the average person would have to view the contents not mearly the Storage has a threat. An action that is impossible has the data sent was an incripted image. Thus so it was only a portion of any alleged threat much like certain chemichals are precoursors to illegal drugs. However, there is no law to allow criminal activity for sending precoursors especially when not done in furtherance of illegal actions but speak

against such acts.

### III

Acts that the Reno Nevada high courts uphold has acts no resulting in Jail or imprisonment has a man there shot a corrupt judge and was found innocent.

### IV

I believe these actions of the A.G. and the judge have been done maliciously and in retaliation against me for trying to make known the corrupt actions of the courts and people. Has I have ruticulely made comments against those people who mar the laws of country and God. I have all to often found myself muted so I can't talk to people or even go on web and can be arrogant ungodly moraless women whom desire attention, or men set on desention.

Regardless trying to take my child for sexual explotation or to harm me and him is unconstitutional. Yet, the foster parent has done those very acts has she refuses to uphold my religious beliefs for my son and has instead made an effort to display her denial of my beliefs.

I request demand my freedom from this facility. I demand the return of my son and compensation for the crimes against me. I don't want to hear shit about lack of juristiction because Federal Courts in one district refuse to do their jobs and uphold the constitutional laws of kidnapping my son. My sons dad terminated his parental rights and I am the

sole parent for my son. I demand that charges to fit the crime be placed on those who have done these egregiously heinous crimes. Hung on the white house steps for crimes against humanity is not a punishment to fit the crime! Forced to eat their own body parts, burning alive in the sun of the salt flats has the crawl to shelter from the sun with skinned flesh slowly burned alive are justice for the extreme nature of the crimes.

I had previously requested no less than 11 Billion from the government but considering the wide spread corruption I think this may be to low for 4 years of abuse and neglect by the government, to both my son and I.

Regardless, my emediate release from this facility that refuses to follow proceedures to allow me tort for my lossed illegally taken property, to let me allow to my religious guidliness, and provided a place to stay and securities against corrupt government agencies is demanded. With immediately available money for cigarettes and other needs like clothing, food, transportation...

Oh officer McAllester made statements that imply ex parta communication I would like to give full account in person if possible.

Leandra Clark
12-24-22

I understand I already have on file in the Southern District of MS many of the claims here. I will be enjoining this state on all claims if I am failed to be released and the demands that are aloted pursuant to justice granted to

me post haste.

Secondly I wish to bring suit against FMC Carswell for many grounds doing homosexual acts, removal of my property without due compensation, unlawful imprisonment, deprivision of liberties through the color of the law has I have saught for weeks to file for my lost property and get help for my case.

I also have requested to apply for a governors asylem here has the state of MS seeks to violate me on malicious charges because of this newest bull shit charge.

Officers. Mrs Brown Councelor for M1, and Mrs. Groves, also M1 counselor have refused to do their jobs. The chaplain has refused to provide me my religious based diet. I can't eat food cooked on Saturdays! Refused change of clothing because I only wear dresses or skirts for over a week at a time. Unable to contact my attorney...

For the offenses here in this state alone I will settle for my release into suitable housing. 2-3 bedroom 2-3 bath yard of some kind ~~cost of some sort~~ 30 K for furniture, clothing, homegoods, some meaningful employment and transportation, the jobs of Mrs. Groves, Mrs. Brown chaplain Clark to be exiled from the city if not state, K Dinkins the intake officer to have to pay for another deep plung t-shirt ~~sort~~ smoothing bra in pink 48 DDD from torid and birkinstock sandals. I still want my teeth fixed and for the job I'd really love paralegal assistant, psychology art assistant, or you can just let me do something beneficial that keeps me secluded has I have a genuine dislike for society. I enjoy making baby food

aspire to have my own aquaponics farm where I can make soaps, can my own food... Hell I even design clothing, furniture, landscaping... Oh I love to plan functions like kids parties for Halloween, Easter, after school functions... I have an idea of how to turn an aquaponics garden into a year round farm for all seasons, and to decrease the acreage needed for cattle, among other ideas like the super stacker raceway for shrimp designed by the Texas A+M professor.

FYI My lawsuit at the federal level is only for Harrison County. So double Jeopardy should not apply. I know you'll argue that you don't have jurisdiction of so has I am here for the courts of M.S. Yet they act illegally and I'm to be treated without my rights because and for an illegally acting court? What of interlocutory appeal? What of domestic terrorist actions? You aid and abet by not interceeding on mine and my sons behalf. Does not the Federal Courts cover all federal grounds within the territorys of the United States. Regardless you have been made aware of crimes and I am guessing like the Federal Courts of Gulfport will deny me my habeas corpus without even getting documentation of the abuses I suffered in the jail there and the illegal acts of the state. see cause # 1:21-cv-228-TBM-RPM and the cause of documentation 45 I think of the jail records of Harrison county from April 8th 2022 in 1:21-cv-84-TBM-RPM I was denied information for my attorney to contact him. I was maced in the face for refusing to wear pants told by the staff to starve rather than have my religious guidelines. Illegally

kept from my child...

I know there is a case at the Southern District of Mississippi. I'm writing the Chief Circuit Judge because they have had evidence and done nothing for far to long. However, the current abuses here by staff throwing away my property, refusing me stamps, to get labels so I can write courts of change of addresses. Even attorney information and my religious meals... I'm kept on unit restrictions because I cussed out a staff that has ignored my tort claims, grievances for months almost 2 months and I've been held here for over 45 days when the evaluation should only be 30 days by law with one 14 day extention.

Thus I am shuffled to your district denied my rights and prevented from my son. I believe has they try to declair me insane when I am not. I may have a bad temper with staff who don't work right. I want them job-less! and charged for deprivision of my liberties under the color of the law...

I realise I don't know all the laws but I know whats wrong that I'm a detaine being abused and the warden has done nothing thus far regarding the issues.

Ceandra Clark
12-29-22

Sorry for redundance I am beyond stressed 🌿

and this program is continually breaking laws and my rights to which I believe they will unlawfully say I can not be content during trial. Subsequently if I have no reaction they will say I have psycopathic ~~tendencied~~ tendances...

My mental illness was chronic depression because my mother wanted my dad to molest me and film it for her to watch later. I tried to run away to kill myself because I blacked out when he walked into the room and other times.

She often threatened to make me go live with him abused me mentally... I also have anti social disorder because of the abuse from my parents and other people nothing unwaranted when people are abusive to me. I no longer tried to kill myself when not abused or with my son has I had a reason to live for him.

Yet he is illegally taken and I am stuck chas the courts won't rule on the matter, people here won't uphold my rights get my son back and stop those people who delete to the point of obscurity all decent people. Even if I try to deal with it, the problem, myself I am illegally sanctioned...

Yes I am angry yes I delight when children are dying from covid or gunmen when my son is illegally taken when the speaker of the house husband is attacked has biden sends aid to a country suporting gay rights and forced inclution...

Again I request my release from prison asylum from US malicious prosecution. The return of my son, and monetary damages for the abuse by gards the denial of my constitutional rights while being held at Carswell, and assistance from corrupt judges and government officials

Name Candra Clark
Reg. No. 24514510 H1
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

24514-510
Eldon B Mahon
501 West Tenth St
Suite 310
FORT Worth, TX 76102
United States

RECEIVED
JAN - 6 2023
CLERK
NORTHE... DIST... TEXAS

NORTH TEXAS TX P&DC
DALLAS TX 750
3 JAN 2023 PM 3 L

76102-364185

